```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/13/2021_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARAMCHAND SAMAROO,

                Plaintiff,

-against-

THE BANK OF NEW YORK MELLON,

                Defendant.

21 Civ. 2441 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 25, of the Honorable Katharine H. Parker, the Court reviewed the R&R for clear error and found none. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Defendant's motion to dismiss is GRANTED, and Plaintiff's complaint is DISMISSED without prejudice. By **January 17, 2022**, Plaintiff may amend his complaint to allege the supporting facts outlined in the R&R.

    The Clerk of Court is directed to terminate the motion at ECF No. 12, and to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: December 13, 2021
       New York, New York

ANALISA TORRES
United States District Judge