UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARAMCHAND SAMAROO,

                    Plaintiff,

-against-

THE BANK OF NEW YORK MELLON,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/28/2021
```

21 Civ. 2441 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter dated December 22, 2021. ECF No. 27. Because Plaintiff did not timely receive Judge Parker's Report and Recommendation ("R&R"), the Court shall VACATE the order adopting the R&R, ECF No. 26, and allow Plaintiff seventeen days to provide his objections. *See* Fed. R. Civ. P. 6. Accordingly, by **January 14, 2022**, Plaintiff shall file any objections to the R&R. If Plaintiff files written objections, Defendant may respond to such objections within fourteen days after being served with a copy.

    The Clerk of Court is directed to vacate the order at ECF No. 26 and mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: December 28, 2021
       New York, New York

ANALISA TORRES
United States District Judge