UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARAMCHAND SAMAROO,

                              Plaintiff,

          -against-

THE BANK OF NEW YORK MELLON,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _2/1/2022_____

21 Civ. 2441 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

        The Court has reviewed Plaintiff's letter dated January 28, 2022.  ECF No. 31.  The
Court notes that Plaintiff's objections to Judge Parker's Report & Recommendation (the "R&R")
were docketed with access restrictions because the exhibits contain Plaintiff's bank account
information.  *See* ECF No. 29.  Under Federal Rule of Civil Procedure 5.2(a), a filing that
contains a person's bank account information is docketed with access restrictions for the
person's protection.  If Plaintiff wishes to file a public version of his objections to the R&R, he
may do so by redacting his bank account number and filing a new version of the document.
Alternatively, Plaintiff may file a new version of his objections that does not include the exhibit
with his bank account information.

        The Clerk of Court is directed to terminate the motion at ECF No. 31 and mail a copy of
this order to Plaintiff *pro se*.

        SO ORDERED.

Dated:  February 1, 2022
        New York, New York

_____
ANALISA TORRES
United States District Judge