UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARAMCHAND SAMAROO,

                Plaintiff,

-against-

THE BANK OF NEW YORK MELLON,

                Defendant.

**ORDER**

**21-CV-2441 (AT) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2023

**KATHARINE H. PARKER, United States Magistrate Judge.**

This Court previously ordered that to the extent Plaintiff requested leave to file an amended complaint, such request had to be made within 21 days from the date of the Opinion and Order Adopting Report and Recommendation at ECF 34.  That decision was issued on September 7, 2022.  (ECF No. 34.)  Plaintiff did not file an amended complaint within the deadline.  Instead, Plaintiff filed an appeal of the September 7, 2022 judgment.  (ECF No. 35.)  On May 17, 2023, the Second Circuit affirmed the decision of the judgment of the District Court dismissing the complaint.

Plaintiff now requests that this case be reopened and that he be permitted to file an amended complaint.  Plaintiff fails to provide the proposed amended complaint or a memorandum of law setting forth the legal basis supporting his motion.  By **June 16, 2023**, Plaintiff shall file a proposed amended complaint and a memorandum of law as to why it should be permitted at this late date.  By **June 30, 2023**, Defendants shall file their position as to Plaintiff's request.

The Court also notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court.  The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Foley Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.  The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed.  Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

**The Clerk of Court is requested to send a copy of this order to the Plaintiff.**

Dated: New York, New York
       May 31, 2023

                                        SO ORDERED.

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge