```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARAMCHAND SAMAROO,

                      Plaintiff,

      -against-

THE BANK OF NEW YORK MELLON,

                    Defendant.

**21-CV-02441 (AT) (KHP)**
**<u>ORDER</u>**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On October 15, 2025, Plaintiff Karamchand Samaroo filed a Letter (ECF No. 73) informing the Court that he did not receive a mailed copy of the Court's Order Adopting the Report and Recommendation for the Motion for Sanctions. (ECF No. 72) The Letter further requests that the Court grant, "status on the National Security Letter." On October 20, 2025, the Honorable Analisa Torres referred Plaintiff's Letter to the undersigned for resolution. (ECF No. 74)

The Clerk of the Court is respectfully directed to mail a paper copy of the Order at ECF No. 72 to the Plaintiff. Further, the Court is unaware of any "National Security Letter" in this matter and therefore DENIES Plaintiff's request.

**The Clerk of the Court is also respectfully directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
      October 21, 2025

                              SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge

1