USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARAMCHAND SAMAROO,

     Plaintiff,

  -against-

THE BANK OF NEW YORK MELLON,

     Defendant.

**21-CV-02441 (AT) (KHP)**

<u>**ORDER**</u>

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On March 31, 2026, pro se Plaintiff filed a letter motion requesting an "order of protection for evidence and writ of mandamus" regarding boxes of records Plaintiff represents were moved to a storage facility.  The relief requested in the letter motion is an immediate stay of fees against Modern Moving Inc, a non-party to this action and a writ of mandamus compelling the HRA Rivera Unit to comply to comply with the New York State Office of Temporary Disability  ("OTDA") Decision.  As to Plaintiff's first request, no claims have been priorly asserted against Modern Moving Inc. and per the Court's at ECF No. 72, the Clerk of Court has already been directed to close this case.  Insofar as Plaintiff believes he has a separate cause of action against Modern Moving Inc., filing such claims to this docket is inappropriate and no relief can be granted.  As to the HRA Rivera Unit, "mandamus is an extraordinary remedy, intended to aid only those parties to whom an official or agency owes 'a clear nondiscretionary duty.'" *Escaler v. U.S. Citizenship & Immigration Servs.*, 582 F.3d 288, 292 (2d Cir. 2009) (quoting *Heckler v. Ringer*, 466 U.S. 602, 616 (1984).  Plaintiff has articulated no official or government agency that owes him such a duty.  Accordingly, Plaintiff's motion is DENIED.

1

**The Clerk of the Court is respectfully directed to mail a copy of this order to the Plaintiff and terminate the motion at ECF No. 76.**

Dated: New York, New York
      May 7, 2026

                        SO ORDERED.

                        _____
                        KATHARINE H. PARKER
                        United States Magistrate Judge