USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARAMCHAND SAMAROO,
Plaintiff,
-against-

THE BANK OF NEW YORK MELLON,
Defendant.

**21-CV-02441 (AT) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On July 23, 2026, pro se Plaintiff filed a letter motion to "formally vacate administrative closure and restore case to active pretrial docket." To the extent Plaintiff requests that the case be restored to active status and/or wishes for a case management conference to be scheduled, Plaintiff is reminded that per ECF No. 72, summary judgment has been granted in Defendant's favor and this case is CLOSED. The Amended Referral Order at ECF No. 74 does not alter that determination. Accordingly, Plaintiff is directed to cease making filings on this docket.

**The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 81 and mail a copy of this order to the Plaintiff at: 419 West 17 Street, Apt 2G, New York, NY, 10011**

Dated: New York, New York
July 27, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge